NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
TIMOTHY R. BOLIN, SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

JS-6

FILED
CLERK, U.S. DISTRICT COURT
April 16, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IDRIS PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,<br><br>    Defendant. | No. 2:17-cv-08227-SJO-PLA<br><br>JUDGMENT |

-1-

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C.§ 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

IT IS SO RECOMMENDED:

Date: March 23, 2018

_____
HON. PAUL L. ABRAMS
United States Magistrate Judge

IT IS SO ORDERED:

Date:        4/16/18

_____
HON. S. JAMES OTERO
United States District Judge