ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Idris Perkins

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IDRIS PERKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner of Social Security, Performing the Duties and Functions Not Reserved to the Commission of Social Security,<br><br>  Defendant. | CASE NO. CV 17-8227-PLA<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of TWO-THOUSAND EIGHT-HUNDRED SEVENTY-THREE DOLLARS and 13 CENTS ($2,873.13), subject to the terms of the Stipulation.

Dated: May 1, 2018

_____
Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE